**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HOWARD MOYA VALDESPINO,
Petitioner,
v.

JEREMY CASEY, Facility Administrator, Imperial Regional Detention Facility; et al.,
Respondents.

Case No.: 3:26-cv-05639-BTM-VET

**ORDER REQUIRING SUPPLEMENTAL RESPONSE**

The Court's order to show cause stated that the "Respondents shall state in their response whether the Petitioner will be a danger to the community if released." (ECF No. 2, at 2.) The Government's response brief does not address this requirement. Thus, the Government is **ORDERED** to file a supplemental brief as expeditiously as possible but no later than October 19, 2026, at 5 p.m. stating whether the Petitioner will be a danger to the community if released.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Honorable Barry Ted Moskowitz
United States District Judge